


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Magistrate Case No. 21MJ0341 |
| Plaintiff, ) | |
| ) | COMPLAINT FOR VIOLATION OF |
| v. ) | |
| ) | Title 8 U.S.C. Section |
| Karelen VAZQUEZ Barreto, ) | 1324(a)(2)(B)(iii)- |
| ) | Bringing in Unlawful Alien |
| Defendant. ) | Without Presentation |
| ) | |

The undersigned complainant, being duly sworn, states:

On or about January 27, 2021, within the Southern District of California, Defendant, Karelen VAZQUEZ Barreto, with the intent to violate the immigration laws of the United States, knowingly and in reckless disregard of the fact that aliens, namely, Eva VALERIO Galicia and C.H.H., had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens, and upon arrival did not bring and present said aliens immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant further states that this complaint is based on the attached statement of facts which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Ramon A. Galirdo, CBP Enforcement Officer
U.S. Customs and Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1. on January 28, 2021.

HON. BERNARD G. SKOMAL
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMNT

The complainant states that Eva VALERIO Galicia and C.H.H, are citizens of a country other than the United States; that said aliens are found to be deportable; that their testimony is material; that it is impracticable to secure their attendance at trial by subpoena; and that they are smuggled aliens in relation to this criminal charge and should be held or admitted to bail as prescribed in Title 18, United States Code, Section 3144.

On January 27, 2021, at approximately 12:34 P.M. Karelen VAZQUEZ Barreto (Defendant), a United States citizen, applied for entry into the United States from Mexico at the San Ysidro, California Port of Entry vehicle primary lanes as the driver of a black 2008 Jeep Compass bearing California license plates. Upon inspection before a United States Customs and Border Protection (CBP) Officer, Defendant presented her United States passport as her entry document and stated she was going to San Diego, California with nothing to declare from Mexico. The CBP Officer conducted an inspection and observed what appeared to be a shoe under the plastic cover of the tire wheel well and elected to refer Defendant to the Vehicle Secondary lot for further inspection.

In Vehicle Secondary, Defendant was instructed to drive through the Z-Portal X-Ray machine. A CBP Officer assigned to screen the vehicle observed what appeared to be human bodies concealed within the rear bumper of the vehicle. The CBP Officer radioed for assistance. CBP Officers responded and removed one female and one male concealed within a modified rear bumper of the vehicle. The female was later identified as Eva VALERIO Galicia (Material Witness 1) and the male was later identified as C.H.H. (Material Witness 2), a minor, both determined to be citizens of Mexico without documents to enter the United States, and are now held as a Material Witnesses.

At approximately 3:24 P.M., Defendant was advised of her Miranda Rights and elected to give a statement without the benefit of counsel. Defendant admitted she was hired to cross the vehicle into the United States and would be paid $400 U.S. dollars upon successful entry for an unspecified job involving a money exchange business. Defendant admitted she was in line waiting to cross the San Ysidro Port of Entry for approximately 1 hour and was going to deliver the vehicle in Chula Vista, California.

During a video-recorded interview, Material Witness 1 admitted she is a citizen of Mexico with no legal documents to enter, pass through or reside in the United States. Material Witness 1 stated she made the smuggling arrangements with an unknown person, and agreed to pay $15,000.00 US dollars to be smuggled into the United States. Material Witness 1 stated she was going to El Monte, California to seek employment in the fields. Material Witness 1 was presented with a photographic lineup and could not identify the Defendant from the lineup.

During a video-recorded interview, Material Witness 2 admitted to being a citizen of Mexico with no legal documents to enter, pass through or reside in the United States. Material Witness 2 stated his father made the smuggling arrangements for him to be smuggled into the United States for an unknown smuggling fee. Material Witness 2 stated he was going to reunite with his father in Los Angeles, California to study and seek employment. Material Witness 2 was presented with a photographic lineup and could not identify the Defendant from the lineup.